UNITED STATES DISTRICT COURT
for the
Southern District of Illinois
East St. Louis Division

| | | |
|---|---|---|
| DAROUSH EBRAHIMI, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case Number:  No. 3:18-cv-01350-NJR |
| JOHN BALDWIN, et al., | ) | |
| *Defendant(s)* | ) | |

# ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for DAROUSH EBRAHIMI

DATED:  January 24, 2020

　　/s/ Nicole A. Allen
Signature

　Nicole A. Allen     # 6295760
Name

　353 N. Clark, Chicago, IL 60654
Address

　(312)  222-9350
Phone Number

　(312)  527 - 0484
Fax Number

　NAllen@Jenner.com
E-Mail Address

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| DAROUSH EBRAHIMI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:18-cv-01350-NJR |
| ) | |
| JOHN BALDWIN, et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2020, the foregoing document, Notice of Appearance, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Timothy Dugan,           tdugan@cassiday.com
Alison J. Matusofsky,    amatusofsky@cassiday.com
Rachel D. Schwarzlose    rschwarzlose@atg.state.il.us

and I hereby certify that on the same date, I caused a copy of the document to be mailed by United States Postal Service to the following non-registered participant:

Daroush Ebrahimi, #M34108
Menard Correctional Center
711 Kaskaskia St.
PO Box 1000
Menard, IL 62259

Respectfully Submitted,

/s/ Nicole A. Allen
Nicole A. Allen, # 6295760
353 N. Clark St.
Chicago, IL 60654
Phone: (312) 222-9350
Fax: (312) 527-0484
E-Mail: NAllen@Jenner.com