# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Daroush Ebrahimi<br>*Plaintiff(s)*<br>v.<br>John Baldwin et al.<br>*Defendant(s)* | )<br>)<br>)  Case Number: 18-cv-1350<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for   Plaintiff Daroush Ebrahimi

DATED: 3/1/2021

/s/ Amit B. Patel
Signature

Amit B. Patel
Name

353 N. Clark St., Chicago, IL 60654
Address

(312) 222-9350
Phone Number

(312) 527-0484
Fax Number

apatel@jenner.com
E-Mail Address

Rev. 2/11