# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | | |
|---|---|---|
| Daroush Ebrahimi | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 3:18-cv-01350 |
| John Baldwin et al. | ) | |
| *Defendant(s)* | ) | |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for    Plaintiff Daroush Ebrahimi

DATED:  March 8, 2021

/s/ Sara M. Stappert
Signature

Sara M. Stappert
Name

353 N. Clark St., Chicago, IL 60654-3456
Address

(312) 222-9350
Phone Number

(312) 527-0484
Fax Number

SStappert@jenner.com
E-Mail Address

Rev. 2/11