IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DAROUSH EBRAHIMI, #M34108,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOHN BALDWIN, JACQUELINE LASHBROOK, ANGELA CRAIN, AND WEXFORD HEALTH SOURCES, INC.,<br><br>    Defendants. | CASE NO. 18-CV-1350<br><br>JUDGE NANCY J. ROSENSTENGEL |

## UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER

Plaintiff Daroush Ebrahimi hereby seeks, unopposed, a modification of the Court's scheduling order schedule to accommodate timely noticed depositions of parties and nonparties that, due to witness availability, cannot take place during the current fact discovery period. In support of this motion, Plaintiff states as follows:

1. Pursuant to this Court's Order dated May 24, 2021, discovery is due by August 2, 2021 and dispositive motions are due by September 2, 2021. Dkt. 131.

2. On or about April 29, 2021, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff served subpoenas on non-party physicians who treated him: Drs. Regina Chiu and Atul Shah, both of Prairie Cardiovascular.

3. Following several weeks of meeting and conferring with counsel for Drs. Chiu and Shah regarding their availability, counsel stated that the physicians would be available for depositions on August 31 and September 1, 2021.

4. Counsel for Plaintiff agreed to those dates. Counsel for Defendants are available on those dates as well.

5. In addition, on July 2, 2021, Plaintiff served notices of deposition pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure on Wexford Health Sources, Inc., and the Illinois Department of Corrections.

7. The deposition of the Illinois Department of Corrections is scheduled to take place on August 2, 2021.

8. Counsel for Wexford is in the process of securing designee(s) and confirming their availability, but has confirmed that the designee(s) will not be available on or before August 2, 2021.

9. For the foregoing reasons, Plaintiff respectfully requests, without opposition from Defendants, that the Court order a limited extension of the discovery and dispositive motion due dates by 45 days, to September 16, 2021 and October 18, 2021, in order to accommodate the aforementioned depositions.[1]

10. This motion is made in good faith and not for purposes of undue delay.

DATED: July 30, 2021

Respectfully submitted,

DAROUSH EBRAHIMI

By: /s/ Nicole A. Allen

**JENNER & BLOCK LLP**
Nicole A. Allen
Amit B. Patel
Sara M. Stappert
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

---

[1] 45 days from the current dispositive motion due date is October 17, 2021, which is a Sunday.

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 30, 2021, I electronically filed the Plaintiff's Unopposed Motion To Modify Scheduling Order with the Clerk of the Court using the CM/ECF system.

The electronic case filing system sent a "Notice of E-Filing" to the following:

Rachel D. Schwarzlose, Esq.
Illinois Attorney General's Office
500 S. Second Street
Springfield IL 62701
(618) 236-8741
(618) 236-8620 (Fax)
racheldayis.schwarzlose@illinois.gov

Alison J. Matusofsky, Esq.
Cassiday Schade LLP
100 North Broadway, Suite 1580
St. Louis, MO 63102
(314) 241-1377
(314) 241-1320 (Fax)
amatusofsky@cassiday.com

                                                 */s/ Amit B. Patel*
                                                 Jenner & Block LLP
                                                 Counsel for Plaintiff