IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DAROUSH EBRAHIMI, #M34108, | CASE NO. 18-CV-1350-NJR |
| Plaintiff, | JUDGE NANCY J. ROSENSTENGEL |
| vs. | |
| JOHN BALDWIN, JACQUELINE LASHBROOK, ANGELA CRAIN, DOCTOR MOHAMMED SIDDIQUI, AND WEXFORD HEALTH SOURCES, INC., | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Daroush Ebrahimi, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the order granting the Bill of Costs filed by Defendants Dr. Mohammed Siddiqui and Wexford Health Sources, Inc., entered on the 3rd day of April, 2023.

DATED: May 3, 2023

Respectfully submitted,

DAROUSH EBRAHIMI

By: /s/ Nicole A. Allen
　　Nicole A. Allen
　　Sara M. Stappert
　　**JENNER & BLOCK LLP**
　　353 N. Clark Street
　　Chicago, IL 60654-3456
　　Telephone: +1 312 222 9350
　　Facsimile: +1 312 527 0484

　　Amit B. Patel
　　**JENNER & BLOCK LLP**
　　1155 Avenue of the Americas
　　New York, NY 10036-2711
　　Telephone: +1 212 891 1600
　　Facsimile: +1 212 891 1699